UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| ALVIN MITCHELL MASON, <br> ANNE MASON, | ) <br> ) <br> ) | Civil Action No.: 6:04-cv-1376-RBH |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | **ORDER** |
| ZENITH SPECIALTIES, INC., | ) <br> ) | |
| Defendant. | ) <br> ) | |

Pending before the court is Plaintiffs' [Docket Entry #163] motion to vacate Magistrate Judge Catoe's Order [Docket Entry #149] granting motion for sanctions. On June 1, 2007, Defendant, Zenith Specialties, Inc., filed a letter [Docket Entry #167] indicating that they did not oppose Plaintiffs' motion. Therefore, Plaintiffs' motion is **GRANTED**.

Accordingly, Magistrate Judge Catoe's Order [Docket Entry #149] granting motion for sanctions is **VACATED**.

**IT IS SO ORDERED**.

June 4, 2007                                              s/ R. Bryan Harwell
Florence, South Carolina                          R. Bryan Harwell
                                                                  United States District Judge